UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| M.D.C. HOLDINGS, INC., | x<br>:<br>: |
| Plaintiff, | :<br>: |
| -v- | : Civil Action No.<br>: |
| THE RESERVE FUNDS, RESERVE PRIMARY FUND, RESERVE U.S. GOVERNMENT FUND, RESERVE MANAGEMENT COMPANY, INC., RESERVE MANAGEMENT CORPORATION, and RESRV PARTNERS INC., | : 08-cv-8141 (PGG/KNF)<br>:<br>: **NOTICE OF VOLUNTARY**<br>: **DISMISSAL**<br>:<br>: |
| Defendants. | :<br>x |

**NOTICE OF VOLUNTARY DISMISSAL
PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to Federal Rules of Civil Procedure Rule 41(a)(1)(A)(i), Plaintiff M.D.C. Holdings, Inc. hereby gives notice that the above-captioned action is voluntarily dismissed without prejudice against Defendants The Reserve Funds, Reserve Primary Fund, Reserve U.S. Government Fund, Reserve Management Company, Inc., Reserve Management Corporation, and Resrv Partners Inc.

Dated: November 5, 2009		DEWEY & LEBOEUF LLP

By: _____
		Christopher J. Clark
		Kevin C. Wallace
		1301 Avenue of the Americas
		New York, New York 10019
		(212) 259-8000

		*Attorneys for Plaintiff*
		*M.D.C. Holdings, Inc.*

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                    SS.:
COUNTY OF NEW YORK  )

GEORGE W. SIKES, being duly sworn, deposes and says: I am over 18 years of age, am not a party to this action, and am employed by the law firm of Dewey & LeBoeuf LLP.

On the 5th day of November, 2009, I caused to be served a true and correct copy of the NOTICE OF VOLUNTARY DISMISSAL by hand upon the attorneys listed below at their address designated for service of papers as follows:

Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, New York  10019-6099

Attorneys for The Reserve Primary Fund, Reserve US Government Fund, and The Reserve Fund.

_____
GEORGE W. SIKES.
Lic. No. 1279828

Sworn to before me this
5th day of November, 2009

_____
NOTARY PUBLIC

JUDITH L. STRIGARO
NOTARY PUBLIC, State of New York
No. 01ST4684806
Qualified in New York County
Commission Expires February 28, 2011